**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KENNETH ROSELLINI,

                Plaintiff,

-against-      20 **CIVIL** 5434 (NSR)

**JUDGMENT**

SEAN H. LANE, in his individual and official capacity,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2020, Plaintiff's complaint is dismissed as barred by judicial immunity and as frivolous. Plaintiff's request for injunctive relief is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
        July 21, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
          **BY:**    K. Mango

                                                **Deputy Clerk**